IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMAL DANWELL ORTIZ,

      Plaintiff,

  v.

MATTHEW L. CATE; D. FOSTION;
D. STARK; G.D. LEWIS; P.T. SMITH;
CRUISE; R. BELL; M.J. NIMROD;
DR. GLINES; V. COMPELLO;
OFFICER TRIMM; OFFICER
CARDENAS,

      Defendants.

NO. C 11-2380 WHA (PR)

**ORDER OF DISMISSAL**

On July 1, 2011, plaintiff's civil rights complaint was dismissed for failure to present a cognizable claim for relief. Plaintiff was granted 30 days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\ORTIZ2380.DSM.wpd